IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES ANTHONY WALLACE,** | CIV S-08-0779 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a responsive pleading to petitioner's petition for writ of habeas corpus. Good cause appearing, Respondent's June 16, 2008 request is granted, and Respondent shall file a responsive pleading on or before July 18, 2008.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/wall0779.111